UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES STILE,                           :

      Petitioner             :        CIVIL ACTION NO. 3:19-0680

  v.                                   :               (JUDGE MANNION)

                                                    :
Warden WHITE,

      Respondent            :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. Petitioner's motion for judgment on the pleadings (Doc. 16) and motion for order granting subpoena (Doc. 19) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 30, 2020**
19-0680-01